**Order entered September 14, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00741-CV

### IN RE JOHN CREUZOT, DISTRICT ATTORNEY, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-00754**

### ORDER
Justices Osborne, Pedersen, III, and Goldstein

Before the Court is relator's September 2, 2021 motion for leave to file amended petition. We **GRANT** the motion and **ORDER** relator's first amended petition for writ of mandamus, received on September 2, 2021, filed as of the date of this order.

We also request that real parties in interest and respondent file a response, if any, to the first amended petition for writ of mandamus by **October 4, 2021.**

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE